

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:26-cr-00018 |
| | ) | Judge Gabriel A. Fuentes |
| v. | ) No. | RANDOM / Cat. 4 |
| | ) | |
| | ) | Violation: Title 18, United States Code, Section 641 |
| BRAD CAVE | ) | |
| | ) | **INFORMATION** |
| | ) | |

On or about January 20, 2021, at Bloomingdale, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRAD CAVE,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use money of the United States, namely, funds not exceeding $1,000 administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

CHRISTINE O'NEILL

Digitally signed by CHRISTINE O'NEILL
Date: 2026.01.13 15:39:15 -06'00'

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY